UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                              Case No. 2:06cr20144-1-D

DANIEL D. DAHLIN

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a Untied States magistrate judge.

I HEREBY:     Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _____
Signature of Defendant

WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY:     Waive (give up) my right to trial by jury. _____
Signature of Defendant

Consented to by United States Attorney.   _____
Signature

_____
Name and Title

WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY:     Waive (give up) my right to have at least thirty days to prepare for trial.

_____
Signature of Defendant

_____
Defendant's Attorney

June 1, 2006

Approved by:    s/ James H. Allen
                JAMES H. ALLEN
                UNITED STATES MAGISTRATE JUDGE